UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     -v-<br><br>JAMES GRIFFIN,<br><br>                              Defendant. | CASE NO.: 25 Mag. 1987 (UA)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the Government's opposition to Defendant's motion pursuant to Federal Rule of Criminal Procedure 41(g).  (ECF No. 8).  Defendant is ORDERED to file a reply letter by close of business on **Tuesday, July 22, 2025.**  A telephonic conference is scheduled for **Wednesday, July 23, 2025 at 5:00 p.m. EST** on the Court's conference line.  The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:    New York, New York
          July 21, 2025

                                        SO ORDERED

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**